(66 Misc. Rep. 143.)

### DRUM v. PHILADELPHIA CASUALTY CO.

(Supreme Court, Appellate Term. February 24, 1910.)

INSURANCE (§ 624*)—ACCIDENT INSURANCE—ACTION BY ASSIGNEE ON POLICY.
    A provision in an accident policy, forbidding action against the company as to any loss or expense thereunder unless brought by insured himself, is binding, and suit by an assignee must fail.
    [Ed. Note.—For other cases, see Insurance, Dec. Dig. § 624.*]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by Hugh Drum against the Philadelphia Casualty Company. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before SEABURY, GUY, and WHITNEY, JJ.

Raymond David Fuller, for appellant.
Charles L. Hoffman, for respondent.

PER CURIAM. The policy contains a provision that:

"No action shall lie against the company as respects any loss or expense under this policy unless it shall be brought by the assured himself."

This was probably inserted in order to prevent assignments of doubtful claims to irresponsible parties for purposes of suit. Whatever its object, it binds the parties. Hence this suit, being by an assignee, must fail.

Judgment reversed, with costs, and complaint dismissed.